■ In the Matter of the Claim of PAUL MARING, Respondent, v. AUTOMATIC TELEPHONE SERVICE et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Decision and award unanimously affirmed, with costs to the Workmen's Compensation Board. No opinion. Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.